```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 00842
   MICHAEL D CARR
   VANESSA A CARR                            CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-8364    SSN XXX-XX-6349

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/18/2007 and was confirmed 04/12/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 09/20/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT     INTEREST    PRINCIPAL
                                                                PAID        PAID
--------------------------------------------------------------------------------
MONTEREY FINANCIAL         SECURED              600.00           .00       250.00
MONTEREY FINANCIAL         UNSECURED           1046.47           .00          .00
AMERICA'S SERVICING COMP   CURRENT MORTG          .00            .00          .00
AMERICA'S SERVICING COMP   MORTGAGE ARRE          .00            .00          .00
CODILIS & ASSOCIATES ^     NOTICE ONLY      NOT FILED            .00          .00
DIRECTV                    UNSECURED        NOT FILED            .00          .00
BYL AGENCY                 UNSECURED        NOT FILED            .00          .00
MCI COMMUNICATIONS         UNSECURED        NOT FILED            .00          .00
CBUSASEARS                 UNSECURED        NOT FILED            .00          .00
CHASE VISA                 UNSECURED        NOT FILED            .00          .00
DAIMLERCHRYSLER FINANCIA   FILED LATE         10350.55           .00          .00
SBC                        UNSECURED        NOT FILED            .00          .00
B-LINE LLC                 UNSECURED           1658.34           .00          .00
ISAC                       UNSECURED           7144.54           .00          .00
JC CHRISTENSEN & ASSOC     UNSECURED        NOT FILED            .00          .00
JOHN P FRYE                NOTICE ONLY      NOT FILED            .00          .00
MIDWEST PAIN MANAGEMENT    UNSECURED        NOT FILED            .00          .00
ST MARGARET HOSPITAL       UNSECURED        NOT FILED            .00          .00
ST MARGARET HOSPITAL       UNSECURED        NOT FILED            .00          .00
ST MARGARET HOSPITAL       UNSECURED        NOT FILED            .00          .00
CARDMEMBER SERVICES        UNSECURED           1472.09           .00          .00
NICOR GAS                  UNSECURED           1374.86           .00          .00
READY CASH                 UNSECURED        NOT FILED            .00          .00
HAMMOND RADIOLOGISTS       UNSECURED        NOT FILED            .00          .00
RNB-FIELDS3                UNSECURED        NOT FILED            .00          .00
RNB FIELDS                 UNSECURED        NOT FILED            .00          .00
SALLIE MAE GUARANTEE SER   UNSECURED          12170.55           .00          .00
SALLIE MAE GUARANTEE SER   UNSECURED          32175.00           .00          .00
AT & T BANKRUPCTY          UNSECURED        NOT FILED            .00          .00
B-LINE LLC                 UNSECURED            481.99           .00          .00
AT&T WIRELESS              UNSECURED        NOT FILED            .00          .00
AT&T WIRELESS              UNSECURED        NOT FILED            .00          .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 00842 MICHAEL D CARR & VANESSA A CARR
```

```
TARGET NATIONAL BANK       UNSECURED              .00            .00            .00
ORAL SURGERY               UNSECURED         1747.47             .00            .00
LORRAINE GREENBERG & ASS   DEBTOR ATTY      1,414.00                        1,391.50
TOM VAUGHN                 TRUSTEE                                            108.50
DEBTOR REFUND              REFUND                                                .00
```

   Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
```
TRUSTEE                 1,750.00

PRIORITY                                             .00
SECURED                                           250.00
UNSECURED                                            .00
ADMINISTRATIVE                                  1,391.50
TRUSTEE COMPENSATION                              108.50
DEBTOR REFUND                                        .00
                        ---------------        ---------------
TOTALS                  1,750.00               1,750.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
   Dated: 12/27/07            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```